No. 90–5943. DEMOS v. SUPREME COURT OF WASHINGTON. Sup. Ct. Wash. Certiorari denied.

No. 90–5966. LIGHTFOOT v. NAGLE, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 90–5970. WODKE v. SOUTH CAROLINA. Ct. Common Pleas, Greenville County, S. C. Certiorari denied.

No. 90–5971. COOPER v. JONES ET AL. C. A. 8th Cir. Certiorari denied.

No. 90–5972. YOUNG v. ROBINS ET AL. C. A. 9th Cir. Certiorari denied.

No. 90–5973. PAGE v. ALBERTSON. C. A. 6th Cir. Certiorari denied.

No. 90–5977. RUBINS v. COLORADO. Ct. App. Colo. Certiorari denied.

No. 90–5988. DEAN v. KAISER ET AL. C. A. 10th Cir. Certiorari denied.

No. 90–6014. PERRY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 90–6020. CASSIDY v. ROSE, KLEIN & MARIAS ET AL. C. A. 9th Cir. Certiorari denied.

No. 90–6031. SOWELL v. MALONEY, DEPUTY COMMISSIONER, MASSACHUSETTS DEPARTMENT OF CORRECTION. C. A. 1st Cir. Certiorari denied.

No. 90–6053. YUILL v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 90–6054. KINDER v. SANDBERG ET AL. C. A. 6th Cir. Certiorari denied.

No. 90–6067. McDONALD v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 90–6075. QUARLES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 90–6091. THOMPSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.